IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONNA SCHLEY,** <br> Plaintiff, <br><br> v. <br><br> **VERDE ENERGY USA, INC.,** <br> Defendant. | **CIVIL ACTION** <br><br><br><br><br> **NO. 17-887** |

# O R D E R

**WHEREAS**, on July 24, 2017, this matter was consolidated with Richardson v. Verde Energy USA, Inc., No. 15-6325;

**WHEREAS**, the consolidated actions docketed at No. 15-6325 were resolved by stipulation on a class-wide basis, with an Order and Final Judgment issued on May 19, 2020.

**AND NOW**, this 20th day of November, 2020, upon consideration of the foregoing, the Clerk of Court is **ORDERED** to **TERMINATE** the above-captioned matter.

BY THE COURT:

/s/Wendy Beetlestone, J

_____
**WENDY BEETLESTONE, J.**